IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOWLIN TRAVEL CENTERS, INC., et al.,

      Plaintiffs,

vs.                                                                           Civ. No. 01-1035 LFG/WWD ACE

FARMER BROTHERS, CO., f/k/a
BREWMATIC INTERNATIONAL, a
California corporation,

      Defendant.

vs.

RANCO, INCORPORATED,

      Third Party Defendant.

## **MEMORANDUM OPINION AND ORDER**

      This matter comes before the Court upon a Motion to Expedite filed by Defendant Farmer Brothers Co. The motion seeks expedited consideration of a motion by Farmer Brothers which seeks an extension of the deadline for identifying expert witnesses and serving their reports from July 8th to August 8th. The second motion upon which expedited consideration is sought seeks an order compelling Plaintiffs to produce immediately their expert's file and also to produce their expert for a deposition during the first half of July. Plaintiffs' response to the motion to expedite indicates that responses to the aforementioned motions should be filed by July 8, 2002, or shortly thereafter; accordingly, it appears that the matter is being dealt with expeditiously. If counsel for the parties are unable to work out a rational way of proceeding upon which they can agree, I will

afford them the opportunity to appear in my conference room to deliberate until such time a solution can be worked out. Cooperation between counsel will be encouraged strenuously.

**WHEREFORE,**

**IT IS ORDERED** that Defendant Farmer Brothers Co.'s Motion to Expedite [docket no. 51] be, and it is hereby, DENIED WITHOUT PREJUDICE.

_____
UNITED STATES MAGISTRATE JUDGE