IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOWLIN TRAVEL CENTERS, INC. d/b/a
BOWLIN'S GREAT OUTDOOR ADVENTURE,
INC., a Nevada corporation, and THE AMERICAN
INSURANCE COMPANY, a Nebraska company,

      Plaintiffs,

vs.                                 Civ. No. 01-1035 LFG/WWD ACE

FARMER BROTHERS, CO., f/k/a
BREWMATIC INTERNATIONAL, a
California corporation,

      Defendant.

vs.

RANCO, INCORPORATED,

      Third Party Defendant.

## **MEMORANDUM OPINION AND ORDER**

This matter comes before the Court upon Defendant's Motion to Compel Expert

Discovery [docket no. 49] filed July 1, 2002. Defendant seeks to copy the file of Dr. Ordean

Anderson, Plaintiff's expert, and to have Dr. Anderson appear for his deposition. I do not find

any authority for production of the entire file of the expert; however, production of such

documents as he has relied on may be required. Such documents as Defendant has in its

possession from previous litigation such as the "transcripts of ten or so depositions of a former

Farmer Brothers engineer, Warand Kirsch", or other documents in the possession and control of

Farmer Brothers or its counsel need not be produced. Dr. Anderson should appear upon

reasonable notice for his deposition, and if counsel are unable to agree upon a reasonable time and place for the deposition, the Court will schedule the deposition.

Discovery should proceed in accordance with the foregoing.

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**