IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BOWLIN TRAVEL CENTERS, INC., et al.,

    Plaintiffs,

vs.                                                                                    Civ. No. 01-1035 LFG/WWD ACE

FARMER BROTHERS, CO., f/k/a
BREWMATIC INTERNATIONAL, a
California corporation,

    Defendant.

vs.

RANCO, INCORPORATED,

    Third Party Defendant.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon Defendant Farmer Brothers' Motion to Compel (Docket No. 63) filed July 29, 2002. Plaintiff states, "Plaintiff opposes Defendant's motion because all requested documents have either been produced, or are currently being assembled for production in compliance with the discovery cut-off date of August 29". In its Reply, Defendant states, "the Plaintiffs have still - as of September 6, 2002 -not produced any documents...." Plaintiff will produce to Defendant the documents sought in Defendant Farmer Brothers' Motion to Compel on or before September 24, 2002.

    **IT IS SO ORDERED.**

                                                                                UNITED STATES MAGISTRATE JUDGE